IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EDWARD J. NOVAK. et ux.** | * | Case No. 92104514 (MD) (1) |
| | | Case No. 93-3297 |
| | * | |
| **Plaintiffs** | | |
| | * | |
| v. | | |
| | * | |
| | * | |
| ACandS, Inc., et al. | | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO AMEND AND FOR SUBSTITUTION OF PARTIES AND INCLUSION OF LOSS OF CONSORTIUM CLAIM

1. Doris M. Novak moves this Court for an Order substituting her, in her capacity as Personal Representative of the Estate of Edward J. Novak, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore, show to the Court that Edward J. Novak, Plaintiff herein, died November 14, 2005, that the said Doris M. Novak was appointed Personal Representative of the estate of Edward J. Novak by the Register of Wills for Baltimore County, and that she was duly qualified and is now acting as such Personal Representative; and that this is an action at law for personal injuries and therefore the claim has not been extinguished by the death of Plaintiff.

2. Doris M. Novak, Plaintiff and surviving spouse of Edward J. Novak, moves this Court for an Order adding her loss of consortium claim, in her capacity as plaintiff and surviving spouse of Edward J. Novak, Plaintiff herein, deceased, without prejudice to the proceedings

1

already had in this action and, as grounds therefore, shows to the Court that Edward J. Novak, Plaintiff herein, died November 14, 2005; that the said Doris M. Novak has lost and been deprived of the services, care, attention, society, companionship, comfort, protection, marital care, advice, counsel and guidance which her husband rendered to her while alive.

**WHEREFORE,** Doris M. Novak, Personal Representative of the Estate of Edward J. Novak, requests this Court to substitute her as Plaintiff herein in place of Edward J. Novak, deceased, and Doris M. Novak, surviving spouse of Edward J. Novak, requests this Court's permission to add her loss of consortium claim.

                                          /s/
                              **EVE E. PRIETZ**
                              **Bar No. 06071**
                              **Law Offices of Peter G. Angelos**
                              **A Professional Corporation**
                              **5905 Harford Road**
                              **Baltimore, Maryland 21214**
                              **(410) 426-3200**

                              **ATTORNEY FOR PLAINTIFFS**

**STATEMENT OF AUTHORITIES**

1.  United States District Court for the District of Maryland Local Rule 103(b) and (c).

/s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**

1(FedMat026)                                **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 22nd day of July, 2005, copies of the foregoing have been mailed, first class, postage prepaid, to the following:

John S. Cobb, Esquire
Jeremy W. North, Esquire
North & Cobb
7313 York Road
Towson, MD 21204-7617
  Attorneys for General Refractories Co. &
  Uniroyal, Inc.

Mauricio E. Barreiro, Esquire
15 E. Chesapeake Avenue
Towson, Maryland 21204
 Attorney for Corhart Refractories

Clerk of the Panel
Judicial Panel On Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Keith R. Truffer, Esquire and Julia O'Hara Berk, Esquire
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204-4575
  Attorneys for Durabla Manufacturing
  Company and A. W. Chesterton Co.

Geoffrey S. Gavett, Esquire
Gavett & Datt
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20850
  Attorneys for AC&R Insulation,
  J. H. France Refractories and S.B. Decking, Inc., f/k/a Selby Battersby & Co.

The Honorable Charles H. Weiner
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 6613
Philadelphia, PA 19101

Robin Silver, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202
  Attorneys for Ericson, CertainTeed,
  Maremont Corporation, T&N, PLC.,
  Flexitallic Gasket Co., Wagner Electric,
  E.I. Dupont DeNemours & Co., CBS
  Corporation as successor to Westinghouse
  Electric, and Foster Wheeler

M. King Hill, III, Esquire
Venable, Baetjer & Howard
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204
  Attorneys for Rapid American
  Corporation & Goodyear Tire & Rubber
  Company

        /s/  Eve E. Prietz
        _____

Attorney for Plaintiffs

G:\WPFILES\2002DOCS.MAT\CERTOFSVC.MAT026