IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD J. NOVAK, et ux.                    *        Case No. 92104514 (MD) (1)
                                           *        Case No. 93-3297
   Plaintiffs                *
                                           *
                                           *
v.                                         *
                                           *
ACandS, Inc., et al.                       *
                                           *
   Defendants                *

* * * * * * * * * * * * * * * * * *

**ORDER**

1.  On Motion of Doris M. Novak for substitution in place of Edward J. Novak, deceased, it appearing to the Court that the said Edward J. Novak died intestate on November 14, 2005; that the claim asserted by him in this action was not thereby extinguished; and that Doris M. Novak has been duly appointed Personal Representative of the Estate of Edward J. Novak, and is qualified and is acting as such.

2.  On Motion of Doris M. Novak, plaintiff and surviving spouse of Edward J. Novak, deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Edward J. Novak died on November 14, 2005; that the Plaintiff, Doris M. Novak, and Plaintiff's decedent were husband and wife at the time of his death.

  **IT IS ORDERED**, that Doris M. Novak, Personal Representative of the Estate of Edward J. Novak, be substituted as Plaintiff herein in the place of Edward J. Novak, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

  **IT IS HEREBY ALSO ORDERED**, that Doris M. Novak, Plaintiff and surviving

SCANNED

spouse of Edward J. Novak, be permitted to add her loss of consortium claim to this action

without prejudice to any proceedings heretofore had in this action.

JUDGE

**James T. Giles**

DATE: 7/11/2006